# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT BECKLEY

CAROLYN DIANA DAVIS, as the
Administratrix of the ESTATE OF
CHARLES TIMOTHY DAVIS,

        Plaintiff,

v.                                    Civil Action No. 5:18-cv-00530

THE UNITED STATES,

        Defendant.

## AGREED ORDER

Pursuant to Fed.R.Civ.P. 6 and other applicable federal law, defendant United States of America has requested that the Court extend the time for the United States to answer or otherwise respond to plaintiff's Complaint to and including July 6, 2018. Counsel for the United States has conferred with counsel for the plaintiff, and plaintiff's counsel has no objection to extend the time for the United States to answer or otherwise respond to the plaintiff's Complaint to and including July 6, 2018.

Therefore, it is ORDERED that the time for the United States to answer or otherwise respond to the plaintiff's Complaint is extended to and including July 6, 2018.

ENTER: This 28th day of June, 2018.

                                                          IRENE C. BERGER
                                                          UNITED STATES DISTRICT JUDGE
                                                          SOUTHERN DISTRICT OF WEST VIRGINIA

2

**AGREED UPON FOR ENTRY:**

**CAROLYN DIANA DAVIS, as the Administratrix of the ESTATE OF CHARLES TIMOTHY DAVIS,**

**Plaintiff,**

**s/Bruce E. Stanley**
Bruce E. Stanley (WVSB5434)
Alicia Schmitt (WVSB 12333)
Stanley & Schmitt PC
2424 Craftmont Avenue
Pittsburgh, PA 15205
*Counsel for Plaintiff*

**UNITED STATES OF AMERICA**

**Defendant,**

**MICHAEL B. STUART**
**United States Attorney**

**s/Fred B. Westfall, Jr.**
WV State Bar No. 3992
Assistant United States Attorney
Attorney for United States
P.O. Box 1713
Charleston, WV   25326
Phone: 304-345-2200
Fax: 304-347-5443
E-mail: fred.westfall@usdoj.gov
*Counsel for Defendant United States of America*

.