IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

CAROLYN DIANA DAVIS,
*as the Administratrix of the*
*Estate of Charles Timothy Davis*,

Plaintiff,

v.  CIVIL ACTION NO. 5:18-cv-00530

THE UNITED STATES,

Defendant.

### ORDER

The Court, having been advised that all matters in controversy in the above-styled case have been compromised and settled, does hereby **ORDER** that all motions pending as of this date be **TERMINATED AS MOOT** and that any deadlines and/or hearing dates contained in the scheduling order be **SUSPENDED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

ENTER:    March 1, 2019

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA