# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Beckley
Date: 5/16/2019                                              Case Number 5:18-cv-00530
Case Style: Davis vs. United States
Type of hearing Settlement Hearing
Before the honorable: 2516-Berger
Court Reporter Lisa Cook                                     Courtroom Deputy Kierstin Tudor
Attorney(s) for the Plaintiff or Government Bruce Stanley

Attorney(s) for the Defendant(s) Fred Westfall

Law Clerk Fernando Kirkman                                   Probation Officer

### Trial Time

### Non-Trial Time

Other non-evidentiary hearing. Type: Settlement Hearing

### Court Time

3:35 pm    to 3:49 pm
Total Court Time: 0 Hours 14 Minutes Non-Trial Time/Uncontested Time

### Courtroom Notes

Scheduled Start 3:30 p.m.
Actual Start 3:35 p.m.

Counsel note appearances on the record.
Parties present for a settlement hearing.
Mr. Stanley summarizes the proposed settlement.
Plaintiff calls CAROLYN DIANA DAVIS; oath given.
Direct by Mr. Stanley.
Court finds proposed settlement to be fair and reasonable.
Court approves fees and expenses.
Court recessed at 3:49 p.m.